IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY SCOTT BUATHIER,

    Petitioner,                    No.  2:00-cv-01639 GEB JFM P

    vs.

GAIL LEWIS, et al.,

    Respondents.               ORDER

_____/

    Respondents have requested an extension of time to file and serve a reply to petitioner's June 8, 2005 objections to this court's March 23, 2005 findings and recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' June 17, 2005 request for an extension of time is granted; and

    2. Respondents' reply to petitioner's objections shall be filed and served on or before June 24, 2005.

DATED:  June 21, 2005.

                                              */s/ John F. Moulds*
                                             UNITED STATES MAGISTRATE JUDGE

12/kf;buat1639.111a

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26