IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY SCOTT BUATHIER,

    Petitioner,                  2:00-cv-1639-GEB-JFM-P

  vs.

GAIL LEWIS, et al.,

    Respondents.            <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 23, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  On April 13, 2005, petitioner was granted an additional sixty days to file his objections.  Petitioner has filed objections to

1

the findings and recommendations, as well as a request for judicial notice and a motion to expand the record.[1] Respondents have filed a response to petitioner's objections and petitioner has filed a reply to respondents' response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's June 7, 2005 request for judicial notice is denied;

2. Petitioner's July 15, 2005 motion to expand the record is denied;

3. The findings and recommendations filed March 23, 2005, are adopted in full; and

4. Petitioner's application for a writ of habeas corpus is denied.

Dated:   September 16, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Petitioner has also filed an application to amend his objections and a reply to respondents' response to identify the correct case number for this action. Petitioner is informed that these documents have been filed in this action.

2