IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY SCOTT BUATHIER,

    Petitioner,                    2:00-cv-01639-GEB-JFM-P

  vs.

GAIL LEWIS, et al.,

    Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 19, 2005 denial of his application for a writ of habeas corpus. Petitioner has also filed a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate

1

which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issue presented in the instant petition: Whether petitioner's sentence of twenty-five years to life in prison constitutes cruel and unusual punishment in violation of the Eighth Amendment to the United States Constitution.

Accordingly, IT IS HEREBY ORDERED that petitioner's October 24, 2005 request for a certificate of appealability is granted.

DATED: November 7, 2005

<u>/s/ Garland E. Burrell, Jr.</u><br>
GARLAND E. BURRELL, JR.<br>
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.